AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. B-14-868-MJ |
| 1. Reynaldo SILGUERO-JIMINEZ, | ) |
| 2. Arturo VASQUES-LOPES, | ) |
| 3. Agustin VASQUES-LOPES, | ) |
| 4. Fernando HERNANDEZ-HERNANDEZ | ) |
| 5. Jose Angel ZAMARON-VASQUEZ | ) |
| 6. Roberto SIGUERO-JIMENEZ | ) |

United States District Court
Southern District of Texas
FILED

SEP 16 2014

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  9/15/2014  in the county of Cameron  in the Southern District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (A) (1) and 21 U.S.C. 846 | **Knowingly and intentionally possess with intent to distribute approximately 252.968 kilograms of marijuana, aschedule I controlled substance; and conspiracy to possess with intent to distribute the same approximately 252.968 kilograms of marijuana.** |

This criminal complaint is based on these facts:

On September 15, 2014, U.S.B.P Agents responded to the Santa Monica Subdivision near HWY 4, in Brownsville, Texas. Fernando HERNANDEZ-HERNANDEZ, Jose Angel ZAMARON-VASQUEZ, Roberto SILGUERO-JIMENEZ, Reynaldo SILGUERO-JIMINEZ, Arturo VASQUES-LOPES, Agustin VASQUES-LOPES, were arrested by USBP Agents for their involvement in the smuggling and possession of the 252.968 kilograms contained within nine bundles seized by USBP Agents that field tested positive to marijuana. On that same date all subjects were interviewed by DEA Agents. All subjects were advised of their Miranda Rights which they waived and agreed to an interview which they all confessed to their involvement in the smuggling and possession of the marijuana.

☐ Continued on the attached sheet.

*Complainant's signature*

Albert Toriz, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 16, 2014

City and state: Brownsville, Texas

*Judge's signature*

Ignacio Torteya III U.S Magistrate Judge
*Printed name and title*